[No. 34274-6-I.     Division One.     April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE
DIANE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06421-3, George A. Finkle, J., entered February 22, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34292-4-I.     Division One.     April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO
TABORA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07790-5, George A. Finkle, J., entered
March 11, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 32485-3-I.     Division One.     April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAN FINH
SAETEURN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04441-9, Bobbe J. Bridge, J., entered March
25, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 34811-6-I.     Division One.     April 3, 1995.]

HAROLD A. BROWN, ET AL, *Respondents*, v. ROBERT GLASS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-25541-1, Stephen M. Gaddis, J. Pro Tem.,
entered May 19, 1994. *Affirmed* by unpublished per curiam
opinion.